FILED

2003 OCT 14 P 3: 18

# United States District Court
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AURICE BARLOW, | : | CIVIL ACTION NO. |
|     Plaintiff | : | 300 CV 1983 (WWE) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | October 10, 2003 |
| DEPARTMENT OF PUBLIC HEALTH | : | |
| And ELIZABETH WEINSTEIN | : | |
|     Defendants | : | |
| | : | |

### PLAINTIFF'S MOTION FOR EXTENSIOIN OF TIME TO RESPOND TO DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF SUMMARY JUDGMENT

Pursuant to Rule 9(b)(1) of the Local Rules of Civil Procedure, Plaintiff hereby request that the deadline for Plaintiff's response to Defendant's Memorandum of Law in support of its Summary Judgment Motion, be extended for an additional seven days from October 15th 2003, to October 22, 2003. This extension of time is necessitated by: (1) the intense press of business compressed within a very narrow window.

This is Plaintiff's second request for an extension of time to complete Plaintiff's response to Defendant's Motion for Summary Judgment. Counsel for Defendants' was contacted and there was no objection to this request.

Cynthia R. Jennings, Esq.,
**THE BARRISTER LAW GROUP, LLC.,**
211 State Street, 2nd Floor ~ Bridgeport ~ CT 06604
Tel: 203-334-4800 ~ Fax: 203-368-6985 ~ Email: cynjennings@aol.com
Federal Bar No. CT21797

**ORAL ARGUMENT NOT REQUIRED**

**TESTIMONY NOT REQUIRED**

PLAINTIFF
Aurice Barlow

BY: _____
CYNTHIA R. JENNINGS, ESQ., (CT21797)
THE BARRISTER LAW GROUP, LLC.,
211 STATE STREET, BRIDGEPORT
CONNECTICUT 06604
TEL: 203-334-4800
FAX: 203-368-6985
Email: Cynthia.Jennings@sbcglobal.net

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. Mail, to the following counsel of record on this 10th day of October, 2003.

Stephen M. Sedor, Esq.,
Gary Starr, Esq.,
SHIPMAN & GOODWIN, LLP
One American Row
Hartford, CT 06103-2819

_____
Cynthia R. Jennings, Esq.,