# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| AURICE BARLOW, : | CIVIL ACTION NO. |
|     Plaintiff : | 300 CV 1983 (WWE) |
| : | |
| v. : | |
| : | |
| STATE OF CONNECTICUT : | October 22, 2003 |
| DEPARTMENT OF PUBLIC HEALTH : | |
| And ELIZABETH WEINSTEIN : | |
|     Defendants : | |

## PLAINTIFF'S LOCAL RULE 56(b) STATEMENT IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

1. Admit.

2. Admit in part, deny in part.

3. Admit in part, deny in part.

4. Admit in part, deny in part.

5. Admit in part, deny in part.

6. Admit in part, deny in part.

7. Admit in part, deny in part.

8. Admit in part, deny in part.

9. Admit.

10. Deny.

11. Deny.

12. Deny.

1

Cynthia R. Jennings, Esquire (ct21797)
THE BARRISTER LAW GROUP, LLC
211 State Street; Bridgeport, CT 06604
(203) 334-4800 (O)   (203) 368-6985 (Fax)
cynthia.jennings@sbcglobal.net

13. Deny.

14. Deny.

15. Admit.

16. Deny

17. Deny.

18. Admit.

19. Admit.

20. Admit

21. Admit in part, deny in part.

22. Deny.

23. Admit in part, deny in part

24. Deny.

25. Admit in part, deny in part.

26. Admit in part, deny in part.

27. Admit

28. Admit

29. Admit..

30. Deny.

31. Deny.

32. Deny.

33. Deny.

34. Admit.

2

Cynthia R. Jennings, Esquire (ct21797)
THE BARRISTER LAW GROUP, LLC
211 State Street; Bridgeport, CT 06604
(203) 334-4800 (O)   (203) 368-6985 (Fax)
cynthia.jennings@sbcglobal.net

35. Admit in part, deny in part.

36. Admit.

37. Admit.

38. Admit in part, deny in part

39. Admit in part, deny in part

40. Admit..

41. Admit

42. Admit in part, deny in part

43. Deny

44. Admit.

45. Deny.

46. Deny..

47. Admit..

48. Admit.

49. Admit.

50. Admit.

51. Deny

52. Admit.

53. Deny.

54. Deny.

55. Deny.

56. Deny.

3

57. Deny.

58. Deny

59. Deny

60. Deny.

61. Deny.

62. Deny.

63. Deny.

64. Deny.

65. Admit.

66. Deny.

67. Deny.

68. Admit.

69. Admit in part, deny in part

70. Deny

71. Deny.

72. Deny.

73. Deny.

74. Deny.

75. Deny.

76. Deny.

77. Deny.

78. Deny.

4

79. Deny.

80. Deny.

81. Deny.

82. Deny.

83. Admit.

84. Deny.

85. Deny

86. Deny.

87. Admit.

88. Deny.

89. Deny.

90. Deny.

91. Deny.

92. Admit.

93. Admit in part, deny in part.

94. Admit.

95. Admit in part, deny in part.

96. Deny.

97. Deny.

98. Deny.

FOR PLAINTIFF

By _/s/ Cynthia R. Jennings_
Cynthia R. Jennings, Esq. (ct21797)
THE BARRISTER LAW GROUP, LLC
211 State Street
Bridgeport, CT 06604
(203) 334-4800 (O)
(203) 368-6985 (Fax)
cynthia.jennings@sbcglobal.net

## CERTIFICATION

This is to certify that the above Plaintiff's Local Rule 56(b) Statement was forwarded to the following attorneys on October 22, 2003 via fax and regular U.S. mail.

Gary S. Star
Stephen M. Sedor
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103-2819


_____
Cynthia R. Jennings, Esq.

Cynthia R. Jennings, Esquire (ct21797)
THE BARRISTER LAW GROUP, LLC
211 State Street; Bridgeport, CT 06604
(203) 334-4800 (O)   (203) 368-6985 (Fax)
cynthia.jennings@sbcglobal.net