FILED
2003 OCT 23  A 11: 46

US DIST
BRID

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **AURICE BARLOW,** | : | CIVIL ACTION NO. |
| **Plaintiff** | : | 300 CV 1983 (WWE) |
| v. | : | |
| **STATE OF CONNECTICUT** | : | October 22, 2003 |
| **DEPARTMENT OF PUBLIC HEALTH** | : | |
| **And ELIZABETH WEINSTEIN** | : | |
| **Defendants** | : | |

## APPEARANCE

Please enter my appearance, in addition to any appearances already on file, as attorney for the Plaintiff, Aurice Barlow, in the above captioned matter.

Dated at Bridgeport, Connecticut, this 22nd day of October, 2003.

FOR PLAINTIFF

By_____
Sharon A. Jenkins, Esq. (CT14312)
THE BARRISTER LAW GROUP, LLC
211 State Street
Bridgeport, CT 06604
(203) 334-4800 (O)
(203) 368-6985 (Fax)
sharonajenkins@yahoo.com

Cynthia R. Jennings, Esq.,
THE BARRISTER LAW GROUP, LLC.,
211 State Street, 2nd Floor
Bridgeport, Connecticut, 06604
Tel:203-334-4800   Fax: 203-333-7178
Email: Cynthia.Jennings@sbcglobal.net

## CERTIFICATION

This is to certify that the above appearance was forwarded to the following attorneys on October 22, 2003 via fax and regular U.S. mail.

Gary S. Star
Stephen M. Sedor
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103-2819

_____
Sharon A. Jenkins, Esq.,

Cynthia R. Jennings, Esq.,
THE BARRISTER LAW GROUP, LLC.,
211 State Street, 2nd Floor
Bridgeport, Connecticut, 06604
Tel:203-334-4800   Fax: 203-333-7178
Email: Cynthia.Jennings@sbcglobal.net