```
                    FILED

                 2003 NOV -5  P 2:46

                   US DISTRICT COURT
                   BRIDGEPORT CT
```

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AURICE BARLOW, | : |
|  | : CIVIL ACTION NO. |
| Plaintiff | : 300 CV 1983 (WWE) |
| v. | : |
|  | : |
| STATE OF CONNECTICUT | : |
| DEPARTMENT OF PUBLIC HEALTH | : |
| and ELIZABETH WEINSTEIN | : |
|  | : |
| Defendants | : November 4, 2003 |

### REQUEST FOR EXTENSION OF TIME TO FILE A REPLY BRIEF

The defendants, the State of Connecticut Department of Public Health (the "DPH") and Beth Weinstein (collectively referred to herein as the "defendants"), hereby request a two-week extension of time, up to and including November 24, 2003, in which to file its reply to the plaintiff Aurice Barlow's (Barlow) opposition to the defendants' motion for summary judgment. In support of this motion, the undersigned submits the defendants' reply is currently due on November 10, 2003. However, the undersigned respectfully request an additional two weeks to respond in light of the following circumstances.

First, the undersigned had a oral argument in the case of Chillon Ballard v. Cheshire Board of Education, docket number SC 17015 before the Connecticut Supreme Court on

October 31, 2003. After oral argument, the court required the parties to file additional and supplemental briefs which are due on November 4, 2003.

Moreover, the undersigned will be out of the office on November 5, 2003 and November 7, 2003 to attend previously scheduled depositions and court hearings. Accordingly, the undersigned respectfully request an additional two weeks to adequately and thoroughly respond to the plaintiff's opposition.

Finally pursuant to Local Rule 9(b)3, the undersigned has contacted attorney Cynthia B. Jennings, counsel for the plaintiff's. Attorney Jennings indicates that she has no objection to the granting of this motion.

Defendants
Connecticut Department of Public Health
and Beth Weinstein

By _____
Stephen M. Sedor
Federal Bar No. ct 21117
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
Telephone (860) 251-5558
Facsimile (860) 251-5500

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing motion was mailed, postage prepaid, this 4th day November, 2003 to:

Cynthia R. Jennings, Esq.
THE BARRISTER LAW GROUP, LLC
211 State Street
Bridgeport, CT  06604

_____
Stephen M. Sedor

357027 v.01 S1