FILED

2003 NOV -5  P 2: 46

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AURICE BARLOW, | : |
| Plaintiff | : CIVIL ACTION NO. |
| v. | : 300 CV 1983 (WWE) |
| STATE OF CONNECTICUT DEPARTMENT OF PUBLIC HEALTH and ELIZABETH WEINSTEIN | : |
| Defendants | : November 4, 2003 |

### REQUEST FOR EXTENSION OF TIME TO FILE A REPLY BRIEF

The defendants, the State of Connecticut Department of Public Health (the "DPH") and Beth Weinstein (collectively referred to herein as the "defendants"), hereby request a two-week extension of time, up to and including November 24, 2003, in which to file its reply to the plaintiff Aurice Barlow's (Barlow) opposition to the defendants' motion for summary judgment. In support of this motion, the undersigned submits the defendants' reply is currently due on November 10, 2003. However, the undersigned respectfully request an additional two weeks to respond in light of the following circumstances.

First, the undersigned had a oral argument in the case of <u>Chillon Ballard v. Cheshire Board of Education</u>, docket number SC 17015 before the Connecticut Supreme Court on

Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge
11-12-03