FILED

2003 NOV 19  A 11: 42

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AURICE BARLOW, | : |
| | : CIVIL ACTION NO. |
| Plaintiff | : 300 CV 1983 (WWE) |
| v. | : |
| | : |
| STATE OF CONNECTICUT | : |
| DEPARTMENT OF PUBLIC HEALTH | : |
| and ELIZABETH WEINSTEIN | : |
| | : |
| Defendants | : November 18, 2003 |

**MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS'
REPLY BRIEF AND FOR EXTENSION OF PAGE LIMIT**

The defendants, the State of Connecticut Department of Public Health (the "DPH") and Beth Weinstein ("Weinstein") (collectively referred to herein as the "defendants"), hereby requests a two-day extension of time, up to and including November 26, 2003, in which to file its Reply to the plaintiff's memorandum of law in opposition to their Motion for Summary Judgment. In support of this request, the defendants assert that their Reply is due on November 24, 2003. However, since this case involves the exchange of several thousand pages of discovery documents, it has taken the defendant longer than anticipated to prepare its opposition brief, meet with its client, and finalize its Reply. Accordingly, the defendants request a brief two-day extension of time to complete this brief. Since this request only asks

for two additional days to prepare the Reply, it will not unduly delay this matter or prejudice the plaintiff. The defendants do not intend to request any further extensions.

In addition, the defendants request a brief (5) page extension of the page limit for its Reply. As set forth above, this case involves the exchange of several thousand pages of discovery documents and it has proven to be difficult to file a complete and accurate reply to the plaintiff's memorandum within the page limit prescribed by Local Rule 9.

Pursuant to Local Rule 9(b)(3), the undersigned counsel contacted Attorney Cynthia Jennings, counsel for the plaintiff, to see if she has an objection to this motion. At the time the defendant mailed this request, the undersigned had not yet heard from Attorney Jennings.

>Defendants
>Connecticut Department of Public Health
>and Beth Weinstein
>
>By _____
>Stephen M. Sedor
>Federal Bar No. ct 21117
>Shipman & Goodwin LLP
>One American Row
>Hartford, CT 06103-2819
>Telephone (860) 251-5558
>Facsimile (860) 251-5500

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing motion was mailed, postage prepaid, this 18th day November, 2003 to:

Cynthia R. Jennings, Esq.
The Barrister Law Group, LLC
211 State Street, 2nd floor
Bridgeport, CT  06604

Stephen M. Sedor

358358 v.01 S1