FILED

2003 NOV 19   A 11: 42

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AURICE BARLOW,                               :

     Plaintiff                            :        CIVIL ACTION NO.
                                          :        300 CV 1983 (WWE)
v.                                           :

                                             :
STATE OF CONNECTICUT                         :
DEPARTMENT OF PUBLIC HEALTH                  :
and ELIZABETH WEINSTEIN                      :

     Defendants                           :        November 18, 2003

### MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS' REPLY BRIEF AND FOR EXTENSION OF PAGE LIMIT

The defendants, the State of Connecticut Department of Public Health (the "DPH")

and Beth Weinstein ("Weinstein") (collectively referred to herein as the "defendants"),

hereby requests a two-day extension of time, up to and including November 26, 2003, in

which to file its Reply to the plaintiff's memorandum of law in opposition to their Motion for

Summary Judgment.  In support of this request, the defendants assert that their Reply is due

on November 24, 2003.  However, since this case involves the exchange of several thousand

pages of discovery documents, it has taken the defendant longer than anticipated to prepare

its opposition brief, meet with its client, and finalize its Reply.  Accordingly, the defendants

request a brief two-day extension of time to complete this brief.  Since this request only asks

1

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

Motion GRANTED.

WARREN W. EGINTON
Senior United States District Judge

11-24-03