UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AURICE BARLOW, | : |
| | :    CIVIL ACTION NO. |
|     Plaintiff | :    300 CV 1983 (WWE) |
| v. | : |
| | : |
| STATE OF CONNECTICUT | : |
| DEPARTMENT OF PUBLIC HEALTH | : |
| and BETH WEINSTEIN | : |
| | |
|     Defendants | :    November 26, 2003 |

### DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' EXHIBITS AND RULE 56 STATEMENT OF UNDISPUTED FACTS

The defendants, the State of Connecticut Department of Public Health (the "DPH") and Beth Weinstein ("Weinstein"), hereby move to strike the plaintiff's exhibits 1, 6, 8, 10, 12, 16, 30, 39, 41, 45, 46, 49 and 50. These exhibits are hearsay, have no foundation and fail to meet minimal requirements of reliability.

The defendants also move to strike from the plaintiffs' Rule 56 Statement the following paragraphs, in part or their entirety: 7, 10-14, 16, 21, 24, 25, 30, 31, 32, 33, 38, 39, 43, 51, 53, 55-61, 63, 64, 66, 67, 70-81, 84-86, 87, 91, 96 and 88. These paragraphs contain no citation to admissible evidence, set forth legal conclusions and fail to provide an adequate response to the defendants' Rule 56 Statement as required by the Local Rules of Civil Procedure.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

The basis for the defendants motion is more thoroughly set forth in the attached Memorandum of Law.

The Defendants,

The State of Connecticut Department of Public Health and Beth Weinstein,

By: ___/s/ Stephen M. Sedor___
Stephen M. Sedor
Fed. Bar No. ct21117
Gary S. Starr
Fed. Bar No. ct 06038
One American Row
Hartford, CT 06103-2819
Phone:      860-251-5000
Fax:         860-2515500
Their Attorneys

## CERTIFICATION

This shall certify that a copy of the foregoing was mailed to the following on this 26th day of November, 2003:

Cynthia Jennings
The Barrister Law Group
211 State Street
Bridgeport, CT 06604

___/s/ Stephen M. Sedor___
Stephen M. Sedor

358981 v.01