Exhibit 1



**STATE OF CONNECTICUT**
*COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES*
1229 ALBANY AVENUE
HARTFORD, CT 06112
TELE: (860) 566-7110    FAX: (860) 566-1997

December 14, 1999

*Via Fax and Regular Mail*

Marianne I. Horn, Esq.
Assistant Attorney General
Office of the Attorney General
55 Elm Street
Hartford, CT. 06141-0120

**RE: Barlow v. Dept. of Public Health**
**CHRO # 9910283**

Dear Ms. Horn:

I received your fax of December 13, 1999 and my response follows:

With regard to the proposed list of witnesses, I fail to see the relevance of testimony from Dr. Melchreit, Mr. Carson and Ms. Carr since they are not in a position to speak to the specifics of the Complainant's work performance which is the alleged reason for the discharge action. They were not in a position to evaluate her performance against specific job performance elements.

I will be happy to afford Ms. Weinstein the opportunity to complete her testimony as the decision-maker in the employment action under investigation.

With regard your assertion that Dr. Melchreit and Ms. Weinstein " are familiar with Ms. McLendon's supervision and will address the allegations related to Ms. Mclendon's supervision", this is not reliable testimony because it is not coming from the perfomance evaluator herself. Therefore it will not be acceptable testimony in this investigation.

My schedule will permit me to accommodate the meeting with Ms. Weinstein any day during this month except the 23rd, 29th and 30th. Let me know which day(s) will be good for you and Ms. Weinstein.

Thank you for your cooperation,

Yvonne Duncan
Investigator

c: Aurice Barlow

DEC 16



RICHARD BLUMENTHAL
ATTORNEY GENERAL

55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
(860) 808-5210

Office of The Attorney General
**State of Connecticut**

December 13, 1999

Yvonne Duncan
Investigator
Commission on Human Rights and Opportunities
1229 Albany Avenue
Hartford, CT 06112

    RE: <u>Barlow v. Department of Public Health</u>, CHRO #9910283

Dear Ms. Duncan:

    As I indicated to you last week, I do have several other witnesses I would like to have heard at the fact-finding. They are as follows:

    1. Ms. Weinstein, who had not completed her testimony at the first day of fact-finding;

    2. Dr. Richard Melchreit, who is familiar with Ms. Barlow's work performance and conditions of her employment for at least the past ten years as either her direct or indirect supervisor;

    3. C. Thomas Carson, Personnel Administrator at the Department of Public Health will testify about issues Ms. Barlow raised concerning certain temporary workers and other allegations involving the personnel department;

    4. Thomasina Carr, Affirmative Action Officer at the Department will testify about her investigation of incidents involving Jackie Morrill and Ms. Barlow, and Chris Parker and Ms. Barlow.

    I had also planned to have Ms. Ann McLendon, who directly supervised Ms. Barlow for a number of years testify, but unfortunately, she died somewhat unexpectedly on November 11, 1999. Ms. Weinstein and Dr. Melchreit are familiar with Ms. McLendon's supervision and will address the allegations related to Ms. McLendon's supervision.

Yvonne Duncan
December 13, 1999
Page 2

    Please advise me at your earliest convenience when you plan to continue the fact-finding or if you plan to complete this matter in some other manner. Thank you for your attention to this matter.

                                Very truly yours,

                                Marianne I. Horn
                                Assistant Attorney General

MIH/mu
Aurice Barlow
Thomasina Carr
Beth Weinstein

FILE NO. 9910283

| | | |
|---|---|---|
| AURICE BARLOW<br>Claimant | : | STATE OF CONNECTICUT |
| v. | : | COMMISSION ON HUMAN RIGHTS<br>AND OPPORTUNITIES |
| STATE OF CONNECTICUT<br>Respondent | : | DECEMBER 13, 1999 |

## CERTIFICATION

This is to certify that the attached correspondence was mailed first class postage prepaid on December 13, 1999 to:

Aurice Barlow, Pro Se
18 Crescent Street, 1st Floor
Hartford, CT  06106

*Marianne H*
Marianne I. Horn
Assistant Attorney General