## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

AURICE BARLOW

     v.                                   Civil No.  3:00CV1983(EBB)

STATE OF CONNECTICUT,
DEPARTMENT OF PUBLIC
HEALTH, AND ELIZABETH
WEINSTEIN

### JUDGMENT

This matter came on for consideration on defendants' motion for summary judgment before the Honorable Ellen Bree Burns, Senior United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion, and on May 5, 2004, a Ruling on Defendants' Motion for Summary Judgment entered granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 7th day of May, 2004.

KEVIN F.  ROWE, CLERK
By
_____/s/_____
Melissa Ruocco
Deputy Clerk

EOD: _____