FORM 1

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

AVRICE BARLOW

v.

STATE OF CONNECTICUT
DEPARTMENT OF PUBLIC
HEALTH & ELIZABETH
WEINSTEIN

FILED
May 19  7 49 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

CIVIL CASE NO. 3:00CV1983(EBB)

### NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __PLAINTIFF__ hereby gives notice and
   (appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following Judgment or Order (attach the Judgment or Order):

_____
_____
_____

2. The Judgment /Order in this action was entered on __5-7-04__.
   (date)

_____
Signature

ERROL V. SKYERS
Print Name

THE BARRISTER LAW GROUP LLC
211 STATE STREET, 2ND FLOOR
BRIDGEPORT, CT. 06604
Address

Date: 5-17-04

203-334-4800
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

66

00CV1983 JC

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

AURICE BARLOW

v.

STATE OF CONNECTICUT,
DEPARTMENT OF PUBLIC
HEALTH, AND ELIZABETH
WEINSTEIN

Civil No. 3:00CV1983(EBB) RM

## JUDGMENT

This matter came on for consideration on defendants' motion for summary judgment before the Honorable Ellen Bree Burns, Senior United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion, and on May 5, 2004, a Ruling on Defendants' Motion for Summary Judgment entered granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 7th day of May, 2004.

KEVIN F. ROWE, CLERK
By Melissa Ruocco
Melissa Ruocco
Deputy Clerk

EOD: 5/7/04