# DISTRICT OF CONNECTICUT - NEW HAVEN
## NOTICE OF APPEAL COVER MEMO

**DATE:** May 19, 2004         **TO:** Intake Clerk

**FROM:** Rita Warner 203-773-2140

FILED
May 27   2 23 PM '04
U.S DISTRICT COURT
NEW HAVEN, CONN.

**CASE TITLE:** Aurice Barlow vs State of

**DOCKET NO.:** 3:00cv1983(EBB

**NOTICE OF APPEAL:** filed: May 19, 2004

**APPEAL FROM:** final judgment: x

interlocutory: __

other: __

**DOCKET SHEET:** Attorney, updated address & phone number for each party  Y

All parties are listed on Docket Sheet
(Including Third Parties)  Y

All docket entries and dates are included  Y

**FEE STATUS:**   Paid ✓       Due ____       N/A ____

IFP revoked ____       Application Attached ____

IFP pending before district judge ____

**COUNSEL:**    CJA ____        Retained ✓        Pro Se ____

**TIME STATUS:** Timely ✓    Out of Time ____

**MOTION FOR
EXTENSION OF TIME:** Granted ____      Denied ____

**COA:**         Granted ____      Denied ____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

**SIGNED:** _Hi Harris_____    **DATE:** 5/24/04
DEPUTY CLERK, USCA

**USCA No.** _____.