FILED
2004 DEC -1 P 1:49
U.S. DISTRICT COURT
NEW HAVEN, CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| AURICE BARLOW,<br>**Plaintiff** | CIVIL ACTION NO.<br>300 CV 1983 (EBB) |
| v. | |
| STATE OF CONNECTICUT<br>DEPARTMENT OF PUBLIC HEALTH<br>And ELIZABETH WEINSTEIN<br>**Defendants** | November 30, 2003 |

## INDEX TO THE RECORD ON APPEAL

| Doc. No. | Dates | | Description | Document No. |
|---|---|---|---|---|
| 1 | Filed:<br>Entered: | 10/16/2000<br>10/17/2000 | Complaint | 1 |
| 2 | Filed:<br>Entered: | 10/16/2000<br>10/17/2000 | Scheduling Order | 2 |
| 3 | Filed:<br>Entered: | 01/02/2001<br>01/04/2001 | Notice of Appearance | 3 |
| 4 | Filed:<br>Entered:<br>Terminated: | 02/08/2001<br>02/09/2001<br>02/12/2001 | Motion for Extension of Time | 4 |
| 5 | Filed:<br>Entered: | 02/08/2001<br>02/09/2001 | Notice of Appearance | 5 |
| -- | Filed &<br>Entered: | 02/12/2001 | Order | 6 |
| 6 | Filed &<br>Entered:<br>Terminated: | 02/26/2001<br>02/27/2001 | Motion for Extension of Time | 7 |

| | | | | |
|---|---|---|---|---|
| -- | Filed & Entered: | 02/27/2001 | Order | 8 |
| 7 | Filed & Entered: | 03/07/2001 | Notice of Appearance | 9 |
| 8 | Filed: Entered: Terminated: | 03/13/2001 03/14/2001 03/15/2001 | Motion to Amend/Correct | 10 |
| 9 | Filed: Entered: Terminated: | 03/14/2001 03/15/2001 03/19/2001 | Motion to Amend/Correct | 11 |
| -- | Filed: Entered: | 03/15/2001 03/16/2001 | Order | 12 |
| 10 | Filed: Entered: | 03/15/2001 03/16/2001 | Amended Complaint | 13 |
| -- | Filed: Entered: | 03/19/2001 03/20/2001 | Order | 14 |
| 11 | Filed: Entered: | 03/19/2001 03/20/2001 | Amended Complaint | 15 |
| 12 | Filed & Entered: | 03/28/2001 | Summons Returned Executed | 16 |
| 13 | Filed: Entered: Terminated: | 03/29/2001 04/02/2001 04/04/2001 | Motion for Extension of Time | 17 |
| 14 | Filed: Entered: | 04/02/2001 04/05/2001 | Report of Rule 26(f) Planning Meeting | 18 |
| -- | Filed & Entered: | 04/04/2001 | Order | 19 |
| 15 | Filed: Entered: | 05/08/2001 05/09/2001 | Answer to Complaint | 20 |
| 16 | Filed: Entered: Terminated: | 05/15/2001 05/16/2001 05/17/2001 | Motion for Extension of Time | 21 |
| -- | Filed & Entered: | 05/17/2001 | Order | 22 |
| 17 | Filed & Entered: | 06/11/2001 | Motion for Extension of Time | 23 |

|    | Terminated: | 06/13/2001 |                                           |    |
|----|-------------|------------|-------------------------------------------|----|
| -- | Filed & Entered: | 06/13/2001 | Order                                | 24 |
| 18 | Filed & Entered: | 06/27/2001 | Status Conference                    | 25 |
| 19 | Filed & Entered: | 08/22/2001 | Status Conference                    | 26 |
| 20 | Filed: Entered: | 09/21/2001 09/24/2001 | Notice of Appearance       | 27 |
| 21 | Filed: Entered: Terminated: | 12/05/2001 12/06/2001 12/07/2001 | Motion for Extension of Time | 28 |
| -- | Filed: Entered: | 12/07/2001 12/10/2001 | Order                        | 29 |
| 22 | Filed: Entered: Terminated: | 12/17/2001 12/18/2001 12/27/2001 | Motion for Extension of Time | 30 |
| -- | Filed & Entered: | 12/27/2001 | Order                                | 31 |
| 23 | Filed & Entered: | 12/27/2001 | Order Referring Case to Magistrate Judge | 32 |
| 24 | Filed: Entered: Terminated: | 01/07/2002 01/08/2002 01/22/2002 | Motion for Extension of Time | 33 |
| 25 | Filed: Entered: | 01/14/2002 01/16/2002 | Order                        | 34 |
| -- | Filed & Entered: | 01/22/2002 | Order                                | 35 |
| 26 | Filed & Entered: | 01/22/2002 | Order                                | 36 |
| 27 | Filed & Entered: Terminated: | 01/23/2002 01/24/2002 | Stipulation                  | 37 |
| -- | Filed & Entered: | 01/24/2002 | Order                                | 38 |
| 28 | Filed & Entered: | 02/07/2002 | Status Conference                    | 39 |
| 29 | Filed & Entered: Terminated: | 04/01/2002 04/26/2002 | Motion for Extension of Time | 40 |
| 30 | Filed: Entered: | 04/19/2002 | Settlement Conference                | 40 |

| | | | | |
|---|---|---|---|---|
| | Entered: | 05/08/2002 | | |
| -- | Filed & Entered: | 04/26/2002 | Order | 41 |
| 31 | Filed & Entered: | 06/19/2002 | Status Conference | 46 |
| 32 | Filed & Entered: Terminated: | 07/03/2002 07/08/2002 | Motion to Stay | 47 |
| -- | Filed & Entered: | 07/08/2002 | Order | 48 |
| 38 | Filed: Entered: | 10/10/2002 12/23/2002 | Settlement Conference | 49 |
| 33 | Filed: Entered: Terminated: | 11/05/2002 11/06/2002 12/17/2002 | Motion to Withdraw as Attorney | 50 |
| 34 | Filed & Entered: | 12/10/2002 | Notice of Appearance | 51 |
| 35 | Filed: Entered: | 12/10/2002 12/12/2002 | Status Conference | 52 |
| -- | Filed: Entered: | 12/17/2002 12/18/2002 | Order | 53 |
| 36 | Filed: Entered: | 12/17/2002 12/18/2002 | Status Conference | 54 |
| 37 | Filed: Entered: | 12/17/2002 12/18/2002 | Notice of Appearance | 55 |
| 39 | Filed & Entered: Terminated: | 01/02/2003 01/08/2003 | Motion for Extension of Time | 56 |
| -- | Filed & Entered: | 01/08/2003 | Order | 57 |
| 40 | Filed & Entered: | 03/06/2003 | Status Conference | 58 |
| 41 | Filed & Entered: | 05/20/2003 | Status Conference | 59 |
| -- | Filed & Entered: | 05/30/2003 | Response | 60 |
| 42 | Filed: Entered: | 05/30/2003 06/05/2003 | Response | 61 |
| 43 | Filed & Entered: Terminated: | 06/20/2003 06/26/2003 | Motion for Extension of Time | 62 |

| | | | | |
|---|---|---|---|---|
| 44 | Filed & Entered: | 06/24/2003 | Motion for Extension of Time | 63 |
| | Terminated: | 06/25/2003 | | |
| -- | Filed & Entered: | 06/25/2003 | Order | 64 |
| -- | Filed & Entered: | 06/26/2003 | Order | 65 |
| 45 | Filed & Entered: | 08/11/2003 | Motion for Leave to File | 66 |
| | Terminated: | 08/13/2003 | | |
| 46 | Filed: | 08/12/2003 | Motion for Extension of Time | 67 |
| | Entered: | 08/13/2003 | | |
| | Terminated: | 08/14/2003 | | |
| -- | Filed & Entered: | 08/13/2003 | Order | 68 |
| -- | Filed: | 08/14/2003 | Order | 69 |
| | Entered: | 08/18/2003 | | |
| 47 | Filed & Entered: | 08/22/2003 | Motion for Summary Judgment | 70 |
| | Terminated: | 05/05/2004 | | |
| 48 | Filed & Entered: | 08/22/2003 | Memorandum in Support of Motion | 71 |
| 49 | Filed & Entered: | 08/22/2003 | Statement of Material Facts | 72 |
| 50 | Filed & Entered: | 09/04/2003 | Motion for Extension of Time | 73 |
| | Terminated: | 09/09/2003 | | |
| -- | Filed & Entered: | 09/09/2003 | Order | 74 |
| 51 | Filed & Entered: | 09/19/2003 | Motion for Extension of Time | 75 |
| | Terminated: | 09/29/2003 | | |
| -- | Filed & Entered: | 09/29/2003 | Order | 76 |
| 52 | Filed: | 10/14/2003 | Motion for Extension of Time to File Response/Reply toMotion | 77 |
| | Entered: | 10/17/2003 | | |
| | Terminated: | 10/21/2003 | | |
| 53 | Filed: | 10/21/2003 | Order on Motion for Extension of Time to File Response/Reply to Motion | 78 |
| | Entered: | 10/24/2003 | | |
| 54 | Filed: | 10/22/2003 | Memorandum in Opposition to Motion | 79 |

|    |              |            |                                                           |    |
|----|--------------|------------|-----------------------------------------------------------|----|
|    | Entered:     | 10/24/2003 |                                                           |    |
| 55 | Filed:       | 10/22/2003 | Statement of Material Facts                               | 80 |
|    | Entered:     | 10/24/2003 |                                                           |    |
| 56 | Filed:       | 10/22/2003 | Statement of Material Facts                               | 81 |
|    | Entered:     | 10/24/2003 |                                                           |    |
| 57 | Filed:       | 10/23/2003 | Notice of Appearance                                      | 82 |
|    | Entered:     | 10/27/2003 |                                                           |    |
| 58 | Filed:       | 11/05/2003 | Motion for Extension of Time to File Response/Reply to Motion | 83 |
|    | Entered:     | 11/10/2003 |                                                           |    |
|    | Terminated:  | 11/12/2003 |                                                           |    |
| 59 | Filed:       | 11/12/2003 | Order on Motion for Extension of Time to File Response/Reply to Motion | 84 |
|    | Entered:     | 11/17/2003 |                                                           |    |
| 60 | Filed:       | 11/19/2003 | Motion for Extension of Time to File Response/Reply to Motion | 85 |
|    | Entered:     | 11/24/2003 |                                                           |    |
|    | Terminated:  | 11/25/2003 |                                                           |    |
| 61 | Filed:       | 11/25/2003 | Order on Motion for Extension of Time to File Response/Reply to Motion | 86 |
|    | Entered:     | 12/03/2003 |                                                           |    |
| 62 | Filed:       | 11/26/2003 | Motion to Strike                                          | 87 |
|    | Entered:     | 12/04/2003 |                                                           |    |
|    | Terminated:  | 05/05/2004 |                                                           |    |
| 63 | Filed:       | 11/26/2003 | Reply to Response to Motion                               | 88 |
|    | Entered:     | 12/04/2003 |                                                           |    |
| 64 | Filed & Entered: | 01/06/2004 | Order Reassigning Case                                | 89 |
| 65 | Filed & Entered: | 05/05/2004 | Order on Motion for Summary Judgment                  | 90 |
| 66 | Filed & Entered: | 05/07/2004 | Judgment                                              | 91 |
| 67 | Filed & Entered: | 05/19/2004 | Notice of Appeal                                      | 92 |
| 68 | Filed & Entered: | 05/27/2004 | Acknowledged Receipt of Index / ROA                   | 93 |
| 69 | Filed & Entered: | 10/06/2004 | USCA Scheduling Order                                 | 94 |

PLAINTIFF
Aurice Barlow

BY: _____
EROLL SKYERS, ESQ, (FB#CT12856)
THE BARRISTER LAW GROUP, LLC.,
211 STATE STREET, BRIDGEPORT
CONNECTICUT 06604
TEL: 203-334-4800
FAX: 203-368-6985
Email: evskyers@barristerlawgroup.com

## CERTIFICATION

This is to certify that a copy of Appellant's Index to the Record on Appeal, was sent via U.S. Mail, to the following counsel of record on this 30th day of November, 2004.

Stephen M. Sedor, Esq.,
Gary Starr, Esq.,
SHIPMAN & GOODWIN, LLP
One American Row
Hartford, CT 06103-2819

_____
Eroll V. Skyers, Esq.,