UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AURICE BARLOW, | : | CIVIL ACTION NO. 3:00CV1983 (EBB) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF PUBLIC HEALTH | : | |
| and ELIZABETH WEINSTEIN, | : | |
| Defendants | : | OCTOBER 26, 2005 |

## VERIFIED BILL OF COSTS OF DEFENDANTS
## STATE OF CONNECTICUT, DEPARTMENT OF PUBLIC HEALTH
## AND ELIZABETH WEINSTEIN

Pursuant to Rule 17 of the Local Rules of Civil Procedure, Fed. R. Civ. P. 54(d) and

28 U.S.C. §§1821, 1920-1923, Defendants, State of Connecticut, Department of Public

Health and Elizabeth Weinstein, submit the following verified bill of costs.

Attorney Gary S. Starr, counsel for Defendants, being duly sworn, verifies that the

costs listed below are true and correct and were necessarily incurred in the above-captioned

case, and that the services for which fees have been charged were actually and necessarily

performed:

| | |
|---|---|
| Fees of the court reporter for all or any part of the Transcript necessarily obtained for use in the case. (See **Schedule A**) | $2,094.00 |

Fees for exemplification and copies of papers necessarily obtained
for use in case. (See **Schedule B**).                                          *$

Docket fees under 28 U.S.C. §1923 (See **Schedule C**)                     $   45.00

Costs as shown on Mandate of Court Appeals**                               $  463.10

TOTAL          *$ 2,602.10

*Defendants reserve the right to supplement their Bills of Costs regarding
documentation of the actual costs incurred in preparing the exhibits appended
to Defendants Motion for Summary Judgment (Schedule B).

**See copy of Statement of Costs from the United States Court of
Appeals, Second Circuit, ($463.10) dated October 12, 2005, attached.

Attorney Gary S. Starr

Subscribed and sworn to before me this
_26_ day of October, 2005.

Commissioner of the Superior Court

417450 v.01

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

AURICE BARLOW,                    :        DOCKET NO. 04-2915CV
    Plaintiff-Appellant        :

      v.                          :

                                  :

DEPARTMENT OF PUBLIC HEALTH       :
STATE OF CONNECTICUT AND          :
ELIZABETH WEINSTEIN,              :
    Defendants-Appellees        :        SEPTEMBER 15, 2005



### ITEMIZED AND VERIFIED BILL OF COSTS OF DEFENDANTS-APPELLEES DEPARTMENT OF PUBLIC HEALTH STATE OF CONNECTICUT AND ELIZABETH WEINSTEIN

Counsel for Department of Public Health State of Connecticut and Elizabeth Weinstein respectfully submit, pursuant to Rule 39(c) of the Federal Rules of Appellate Procedure, the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the Plaintiff-Appellant, Aurice Barlow, and in favor of the Defendants-Appellees, Department of Public Health State of Connecticut and Elizabeth Weinstein, for insertion in the mandate.

Costs of Printing Supplemental Appendix (11 Necessary Copies)  $  415.80
(Copies incurred in-house at .10 cents per page x 4158 pages)

Costs of Printing Brief (11 Necessary Copies)                 $   47.30
(Copies incurred in-house at .10 cents per page x 473 pages )
                                 Total        $  463.10

STATEMENT OF COSTS

Taxed in the amount of $ _____463.10_____ in favor of
_____Appellees_____

    FOR THE COURT:

OCT 1 2 2005          ROSEANN B. MACKECHNIE, Clerk

_____          _____
Date                    Tracy W. Young, Motions Staff Attorney

**SHIPMAN & GOODWIN® LLP** • *COUNSELORS AT LAW*
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103-1919 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

## SCHEDULE A

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 9/21/01 | Deposition of Aurice Barlow | $   984.90 |
| 11/02/01 | Deposition of Aurice Barlow | $  1,109.10 |
| | **TOTAL** | **$ 2,094.00** |

# *Andrews Reporting Service*

### Court Reporters

**\*\*INVOICE\*\***

November 6, 2001

Stephen Sedor, Esq.
Shipman & Goodwin, LLP
One American Row
Hartford, CT  06103

Invoice No. 01-222          Fed. ID No. 06-1331990

RE:  Aurice Barlow v. State of Connecticut,
     Department of Public Health and Elizabeth
     Weinstein

     CASE NO.:   3:00CV1983 (WWE)
  DEPONENT(S):   Aurice Barlow - Volume 1
DATE OF DEPO:   September 21, 2001

  TRANSCRIPT:
   Orig. & 1 copy:  227 pgs @ $3.70/pg ..... $ 839.90
  ATTENDANCE FEE:  .......................      70.00
  ATTENDANCE FEE FOR NO SHOW on 10-1-01 ...      75.00

                        SUBTOTAL: $ 984.90
              6% SALES Tax:          n/a

                        TOTAL DUE: $ 984.90

**\*\*DUE UPON RECEIPT\*\***

                    THANK YOU
          REPORTER:  Sandy K. Visentin
                     Lic. # 234

Andrews Reporting Service
330 Cook Hill Road  /  Cheshire, CT 06410  /  (203) 271-2190

CATHERINE A. BATORSKI, LSR
Licensed Shorthand Reporter #00332
10 Case Street
Canton, CT  06019-5007
Tax ID #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          Telephone (860) 693-6823

December 8, 2001

Steve Sedor, Esquire
Shipman & Goodwin LLP
One American Row
Hartford, CT  06103-2819

RE:    CIVIL ACTION NO. 300CV1983 (WWE)
       AURICE BARLOW V. STATE OF CONNECTICUT ET AL

| | |
|---|---:|
| Transcript of Deposition of AURICE BARLOW | $900.00 |
| Appearance Fee | 75.00 |
| Subtotal | $975.00 |
| | |
| 6% CT Sales & Use Tax | 58.50 |
| Subtotal | $1033.50 |
| | |
| Shipping & Handling | 8.00 |
| TOTAL | $1041.50 |

*Billing payable upon receipt.  Thank you.*

CATHERINE A. BATORSKI, LSR
Licensed Shorthand Reporter #00332
10 Case Street
Canton, CT  06019-5007
Tax ID #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          Telephone (860) 693-6823

February 3, 2002

---

Steve Sedor, Esquire
Shipman & Goodwin LLP
One American Row
Hartford, CT  06103-2819

---

RE:     CIVIL ACTION NO. 300CV1983 (WWE)
        AURICE BARLOW V. STATE OF CONNECTICUT ET AL

| | |
|---|---:|
| Condensed transcript of Deposition of AURICE BARLOW | $60.00 |
| 6% CT Sales & Use Tax | 3.60 |
| Subtotal | $63.60 |
| | |
| Shipping & Handling | 4.00 |
| TOTAL | $67.60 |

*Billing payable upon receipt.  Thank you.*

## SCHEDULE B-FEES FOR EXEMPLICATION AND COPIES OF PAPERS NECESSARILY OBTAINED FOR USE IN THE CASE

| 08/22/03 | Costs for Exhibits Appended to Defendant's Motion for Summary Judgment of August 22, 2003 (__ exhibits totalling _____ pages @ .25 cents per page) | *$ |
|---|---|---|
| | **TOTAL** | **\*$** |

\*Defendants reserve the right to supplement their Bills of Costs regarding documentation of the actual costs incurred in preparing the exhibits appended to Defendants Motion for Summary Judgment.

417450 v.01

## SCHEDULE C-STATUTORY ATTORNEYS' FEES (28 U.S.C. §1923)

| | | |
|---|---|---|
| | Statutory Attorney's Fees ($20.00 per defendant, for a total of 2 defendants) | $40.00 |
| 2003 | Defendants' Motion for Judgment (8/22/03) | $5.00 |
| | **TOTAL** | **$45.00** |

417450 v.01

Respectfully submitted,

DEFENDANTS,
STATE OF CONNECTICUT,
DEPARTMENT OF PUBLIC HEALTH
AND ELIZABETH WEINSTEIN,

By: _____
Attorney Gary S. Starr
Federal Bar No. ct 06038
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Its Attorneys
(860) 251-5501

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October, 2005, a copy of the foregoing Verified Bill of Costs of Defendants, State of Connecticut, Department of Public Health and Elizabeth Weinstein, was mailed, via U.S. mail, first class, with postage fully prepaid thereon to:

Attorney Eroll Skyers
Attorney Cynthia R. Jennings
The Barrister Law Group, LLC
211 State Street, 2nd Floor
Bridgeport, CT 06604

Attorney Gary S. Starr

417450 v.01