UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AURICE BARLOW,<br>    Plaintiff | :   CIVIL ACTION NO. 3:00CV1983 (EBB)<br>:<br>: |
| v. | :<br>: |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF PUBLIC HEALTH<br>and ELIZABETH WEINSTEIN,<br>    Defendants | :<br>:<br>:<br>:   OCTOBER 28, 2005 |

### AMENDED VERIFIED BILL OF COSTS OF DEFENDANTS STATE OF CONNECTICUT, DEPARTMENT OF PUBLIC HEALTH AND ELIZABETH WEINSTEIN

Pursuant to Rule 17 of the Local Rules of Civil Procedure, Fed. R. Civ. P. 54(d) and 28 U.S.C. §§1821, 1920-1923, Defendants, State of Connecticut, Department of Public Health and Elizabeth Weinstein, submit the following supplement to the Verified Bill of Costs dated October 26, 2005 by providing an amended Schedule B and supporting documentation regarding the costs incurred in preparing the exhibits appended to Defendants' Motion for Summary Judgment dated August 22, 2003 as the exhibits were not previously available to Defendants to accurately calculate the copying costs. Defendants are also amending their Verified Bill of Costs to reflect total costs incurred ($2,708.35) as set forth in the Amended Verified Bill of Costs.

Attorney Gary S. Starr, counsel for Defendants, being duly sworn, verifies that the costs listed below are true and correct and were necessarily incurred in the above-captioned case, and that the services for which fees have been charged were actually and necessarily performed:

| | |
|---|---|
| Fees of the court reporter for all or any part of the Transcript necessarily obtained for use in the case. (See **Schedule A**) | $2,094.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in case. (See **Amended Schedule B**). | $ 106.25 |
| Docket fees under 28 U.S.C. §1923 (See **Schedule C**) | $ 45.00 |
| Costs as shown on Mandate of Court Appeals* | $ 463.10 |
| TOTAL | $ 2,708.35 |

*See copy of Statement of Costs from the United States Court of Appeals, Second Circuit, ($463.10) dated October 12, 2005, attached.

_____
Attorney Gary S. Starr

Subscribed and sworn to before me this
28 day of October, 2005.

_____
Commissioner of the Superior Court

417450 v.01

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

AURICE BARLOW,
    Plaintiff-Appellant

v.

DEPARTMENT OF PUBLIC HEALTH
STATE OF CONNECTICUT AND
ELIZABETH WEINSTEIN,
    Defendants-Appellees

DOCKET NO. 04-2915CV



SEPTEMBER 15, 2005

## ITEMIZED AND VERIFIED BILL OF COSTS OF DEFENDANTS-APPELLEES DEPARTMENT OF PUBLIC HEALTH STATE OF CONNECTICUT AND ELIZABETH WEINSTEIN

Counsel for Department of Public Health State of Connecticut and Elizabeth Weinstein respectfully submit, pursuant to Rule 39(c) of the Federal Rules of Appellate Procedure, the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the Plaintiff-Appellant, Aurice Barlow, and in favor of the Defendants-Appellees, Department of Public Health State of Connecticut and Elizabeth Weinstein, for insertion in the mandate.

| | |
|---|---|
| Costs of Printing Supplemental Appendix (11 Necessary Copies)<br>(Copies incurred in-house at .10 cents per page x 4158 pages) | $ 415.80 |
| Costs of Printing Brief (11 Necessary Copies)<br>(Copies incurred in-house at .10 cents per page x 473 pages) | $ 47.30 |
| Total | $ 463.10 |

STATEMENT OF COSTS
Taxed in the amount of $ 463.10 in favor of Appellees

OCT 1 2 2005
Date

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk

Tracy W. Young, Motions Staff Attorney

SHIPMAN & GOODWIN® LLP • COUNSELORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103-1919 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

## SCHEDULE A

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 9/21/01 | Deposition of Aurice Barlow | $ 984.90 |
| 11/02/01 | Deposition of Aurice Barlow | $ 1,109.10 |
| | TOTAL | $ 2,094.00 |

# Andrews Reporting Service
## Court Reporters

**INVOICE**

November 6, 2001

Stephen Sedor, Esq.
Shipman & Goodwin, LLP
One American Row
Hartford, CT  06103

Invoice No. 01-222                    Fed. ID No. 06-1331990

RE:   Aurice Barlow v. State of Connecticut,
      Department of Public Health and Elizabeth
      Weinstein

CASE NO.:      3:00CV1983 (WWE)
DEPONENT(S):   Aurice Barlow - Volume 1
DATE OF DEPO:  September 21, 2001

TRANSCRIPT:
  Orig. & 1 copy:  227 pgs @ $3.70/pg .....  $ 839.90
ATTENDANCE FEE: ............................    70.00
ATTENDANCE FEE FOR NO SHOW on 10-1-01 .....     75.00

                           SUBTOTAL:  $ 984.90
                      6% SALES Tax:      n/a

                          TOTAL DUE:  $ 984.90

**DUE UPON RECEIPT**

THANK YOU
REPORTER: Sandy K. Visentin
          Lic. # 234

CATHERINE A. BATORSKI, LSR
Licensed Shorthand Reporter #00332
10 Case Street
Canton, CT 06019-5007

Tax ID #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    Telephone (860) 693-6823

December 8, 2001

Steve Sedor, Esquire
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819

RE:   CIVIL ACTION NO. 300CV1983 (WWE)
      AURICE BARLOW V. STATE OF CONNECTICUT ET AL

| | |
|---|---|
| Transcript of Deposition of AURICE BARLOW | $900.00 |
| Appearance Fee | 75.00 |
| Subtotal | $975.00 |
| 6% CT Sales & Use Tax | 58.50 |
| Subtotal | $1033.50 |
| Shipping & Handling | 8.00 |
| TOTAL | $1041.50 |

*Billing payable upon receipt. Thank you.*

CATHERINE A. BATORSKI, LSR
Licensed Shorthand Reporter #00332
10 Case Street
Canton, CT 06019-5007

Tax ID #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      Telephone (860) 693-6823

February 3, 2002

---

Steve Sedor, Esquire
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819

---

RE: CIVIL ACTION NO. 300CV1983 (WWE)
AURICE BARLOW V. STATE OF CONNECTICUT ET AL

| | |
|---|---|
| Condensed transcript of Deposition of AURICE BARLOW | $60.00 |
| 6% CT Sales & Use Tax | 3.60 |
| Subtotal | $63.60 |
| Shipping & Handling | 4.00 |
| TOTAL | $67.60 |

*Billing payable upon receipt. Thank you.*

## AMENDED SCHEDULE B-FEES FOR EXEMPLICATION AND COPIES OF PAPERS NECESSARILY OBTAINED FOR USE IN THE CASE

| 08/22/03 | Costs for Exhibits Appended to Defendant's Motion for Summary Judgment of August 22, 2003 (40 exhibits totalling 425 pages @ .25 cents per page) | $106.25 |
|---|---|---|
| | **TOTAL** | **$106.25** |

417450 v.01

Barlow v CT Dept of Public Health
Disbursements
1/1/00 to 9/15/05

| 8/19/2003 | 8/20/2003 | 12790 | 02 | Firm Copier Charges | B | 1562.0000 | $156.20 | $156.20 | $156.20 | 33319 | S | 1 |

8

## SCHEDULE C-STATUTORY ATTORNEYS' FEES (28 U.S.C. §1923)

|      | | |
|------|-----------------------------------------------------------------------|---------|
|      | Statutory Attorney's Fees ($20.00 per defendant, for a total of 2 defendants) | $40.00  |
| 2003 | Defendants' Motion for Judgment (8/22/03)                             | $5.00   |
|      | **TOTAL**                                                             | **$45.00** |

417450 v.01

Respectfully submitted,

DEFENDANTS,
STATE OF CONNECTICUT,
DEPARTMENT OF PUBLIC HEALTH
AND ELIZABETH WEINSTEIN,

By: /s/ Gary S. Starr
Attorney Gary S. Starr
Federal Bar No. ct 06038
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Its Attorneys
(860) 251-5501

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of October, 2005, a copy of the foregoing Amended Verified Bill of Costs of Defendants, State of Connecticut, Department of Public Health and Elizabeth Weinstein, was mailed, via U.S. mail, first class, with postage fully prepaid thereon to:

Attorney Eroll Skyers
Attorney Cynthia R. Jennings
The Barrister Law Group, LLC
211 State Street, 2nd Floor
Bridgeport, CT 06604

/s/ Gary S. Starr
Attorney Gary S. Starr

417450 v.01