UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AURICE BARLOW,<br>    Plaintiff | : CIVIL ACTION NO. 3:00CV1983 (EBB)<br>:<br>: |
| v. | :<br>:<br>: |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF PUBLIC HEALTH<br>and ELIZABETH WEINSTEIN,<br>    Defendants | :<br>:<br>:<br>: DECEMBER 5, 2005 |

### SUPPLEMENTAL SUBMISSION IN SUPPORT OF AMENDED VERIFIED BILL OF COSTS OF DEFENDANTS' STATE OF CONNECTICUT, DEPARTMENT OF PUBLIC HEALTH AND ELIZABETH WEINSTEIN

Pursuant to the clerk's Ruling on Defendants' Amended Verified Bill of Costs dated November 21, 2005, the Defendants State of Connecticut, Department of Public Health and Elizabeth Weinstein, hereby submit supplemental documentation in support of its Amended Verified Bill of Costs filed October 31, 2005.

**A.    FEES FOR COURT REPORTER:** The Clerk disallowed without prejudice to renewal within ten (10) days, the Court Reporter bill of Catherine A. Batorski, LSR, in the amount of $1,041.50, originally submitted as part of the Defendants' Amended Verified Bill of Costs filed on October 31, 2005. The clerk stated that the November 2, 2001 deposition invoice did not contain documentation as to the page rate and number of pages. Defendants

submit and append herewith an amended copy of the November 2, 2001 deposition invoice of Court Reporter Catherine A. Batorski, LSR, which reflects the total amount of charges incurred of $1,041.50 as well as a break down of the number of pages (240), the number of transcripts provided (original and one) and the page rate ($3.75/pp).

WHEREFORE, the undersigned Defendants respectfully request that the Court allow the Defendants their claim for an additional $1,041.50 in Court Reporter fees for a total of $2,026.40 in Court Reporter Fees, pursuant to the attached amended invoice of Catherine A. Batorski, LSR which properly shows documentation of the page rate and number of pages.

        DEFENDANTS,
        STATE OF CONNECTICUT,
        DEPARTMENT OF PUBLIC HEALTH
        AND ELIZABETH WEINSTEIN,

By: _____
        Attorney Gary S. Starr
        Federal Bar No. ct 06038
        Shipman & Goodwin LLP
        One Constitution Plaza
        Hartford, CT 06103-1919
        Its Attorneys
        Telephone: (860) 251-5501
        Facsimile: (860) 251-5214
        E-mail: gstarr@goodwin.com

417450 v.01

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of December, 2005, a copy of the foregoing Supplemental Submission in Support of Amended Verified Bill of Costs of Defendants, State of Connecticut, Department of Public Health and Elizabeth Weinstein, was mailed, via U.S. mail, first class, with postage fully prepaid thereon to:

Attorney Eroll Skyers
Attorney Cynthia R. Jennings
The Barrister Law Group, LLC
211 State Street, 2nd Floor
Bridgeport, CT 06604

                                                                         _____
                                                                         Attorney Gary S. Starr

417450 v.01

CATHERINE A. BATORSKI, LSR<br>
Licensed Shorthand Reporter #00332<br>
10 Case Street<br>
Canton, CT 06019-5007

Tax ID #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                                Telephone (860) 693-6823

December 8, 2001

---

Steve Sedor, Esquire
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819

---

RE:   CIVIL ACTION NO. 300CV1983 (WWE)
      AURICE BARLOW V. STATE OF CONNECTICUT ET AL

Transcript of 11/2/2001 continued deposition of AURICE BARLOW
O+1, 240 pages @ $3.75/pp                              $900.00
   Word Index                                             N/C
Appearance Fee                                          75.00
Subtotal                                              $975.00

6% CT Sales & Use Tax                                   58.50
Subtotal                                             $1033.50

Shipping & Handling                                      8.00
TOTAL                                                $1041.50

*Billing payable upon receipt. Thank you.*